UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 24-204 |
| VERSUS | SECTION: L (3) |
| RICHARD ISLA TALENS | VIOLATION: 28 USC 2252(a)(1) and (b)(1) |

### NOTICE OF SENTENCING (from 2/5/2026)

Take Notice that this criminal case has been reset for SENTENCING on THURSDAY, APRIL 16, 2026, AT 2:00PM, before Judge Eldon E. Fallon, Courtroom C-468, 500 Poydras Street, Hale Boggs Building, New Orleans, LA 70130.

**Important:** Counsel are hereby notified that any request for the imposition of a Non-Guideline Sentence must comply with the deadlines established in LCrR 32.1.1E regarding the submission of motions or letters requesting departures from the Sentencing Guidelines.

Note: Photo I.D. is required to enter the building.
Persons on bond must report to the Deputy U.S. Marshal immediately outside the aforesaid courtroom for evaluation and search 15 minutes prior to appearance.

| | |
|---|---|
| Date: January 21, 2026 | CAROL L. MICHEL, CLERK |
| TO: | by: Jennifer D.S. Limjuco, Deputy Clerk |
| RICHARD ISLA TALENS - **Custody**<br>Dylan C. Utley, Esq.<br>dylan@dylanutley.com | AUSA: Brian M. Klebba |
| | U.S. Marshal |
| | U.S. Probation Officer |
| | U.S. Probation Office - Pretrial Services Unit |
| Homeland Security Investigations<br>S.A. Brian Villaflor | JUDGE |
| | MAGISTRATE |
| **If you change address,**<br>**notify clerk of court**<br>**by phone, 504-589-7687** | COURT REPORTER COORDINATOR<br>INTERPRETER: None |